UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

|  |  |
|---|---|
| | Chapter 7 |
| Bankruptcy No. | 25-42271-KAC |
| Adversary. No. | 25-04130 |

In Re:

Shane Dunn and Kyra Dunn,

     Debtors,

Shawnee Huie,

     Plaintiff,

vs.

Shane Dunn and Kyra Dunn,

     Defendants.

**ANSWER TO ADVERSARY
COMPLAINT AND COUNTERCLAIM
OF DEFENDANTS**

For their answer and counterclaim to the Plaintiffs' Complaint, Defendants Shane Dunn and Kyra Dunn, by and through their undersigned counsel, state and allege as follows:

1. Defendants admit paragraphs 1 through 5 and 8 of Plaintiff's Complaint.

2. Defendants deny paragraphs 6-18, 20, 25, 26, 28, 29, 33, 34 and 36 of Plaintiff's Complaint.

3. With regard to the allegations in paragraphs 21, 22, 23 and 35 of the Plaintiff's Complaint, the Defendants state that the Defendants' schedules, the case docket, and statutes speak for themselves and deny any legal conclusions alleged, implied, or inferred contained in these paragraphs.

4. The Defendants are without information to form an opinion about the truth or falsity of the allegations in paragraphs 19, 24, 27, 30 and 31 of the Plaintiff's Complaint so these are denied.

5. Defendants consent to the jurisdiction of the Bankruptcy Court for the entry of final orders in this matter pursuant to Fed. R. Bankr. P. 7012(b) on all claims pled in this Answer and Counterclaim.

## AFFIRMATIVE DEFENSES

1. The Plaintiff has failed to plead a claim upon which relief can be granted under 11 U.S.C. § 523(a)(2)(A) or 11 U.S.C. § 523(a)(3)(B).

2. The Plaintiff's complaint is untimely.

## COUNTERCLAIM OF DEFENDANTS AGAINST PLAINTIFF SHAWNEE HUIE:
## SLANDER TO TITLE

1. The Plaintiff, Shawnee Huie, filed a UCC-1 financing statement on 5/20/2024 against the Defendants' homestead located in Hennepin County at 3405 Skycroft Circle, St. Anthony, Minnesota.

2. The Defendants had not received any financing from the Plaintiff for which their homestead was tendered as security and this statement was and is false.

3. The statement was published with the Minnesota Secretary of State.

4. The publication of this statement was done with malice by the Plaintiff against the Defendants.

5. This is a non-core claim.

2

6.    The Defendants will incur damages to remove the lien in the amount to be

determined at trial.

WHEREFORE, the undersigned respectfully requests:

1.  Dismissal of the Complaint in its entirety;

2.  An award of monetary damages against the Plaintiff to the Defendants on their counterclaim.

3.  Other relief as the Court deems just and proper.

Dated:   January 20, 2026         /e/ Nathan M. Hansen
    Nathan M. Hansen
    Attorney for Defendants
    P.O. Box 575
    Willernie, MN 55090
    651-704-9600
    MN Attorney Reg. No. 0328017
    Nathan@hansenlawoffice.com