**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:
Shane Michael Dunn, and
Kyra Christina Dunn,

|  |  |
|---|---|
| | Chapter 7 |
| Debtors. | Case No. 25-42271 |

Shawnee Huie,

  Plaintiff
  Counter-Defendant

  vs.

Shane Michael Dunn,
Kyra Christina Dunn,

  Defendants
  Counter-Claimants.                    Adv. No. 25-04130

## ORDER REFERRING MATTER FOR MEDIATION

This case came before the court for status conference. During the status conference, the court determined that this matter was appropriately referred to mediation. Judge William J. Fisher has agreed to mediate the dispute.

IT IS ORDERED:

1.    The parties shall submit to mediation and shall appear and participate as ordered by the mediator.

2.    Judge William J. Fisher will serve as the mediator.

3.    The Mediating Judge is being appointed because of a judicial position as, and to act in the specific capacity as, a United States Bankruptcy Judge. By serving as a mediating judge, the Mediating Judge performs judicial duties. See, e.g., 28 U.S.C. § 651; Fed. R. Civ. P. 16(a)(5), (c)(2)(I); Fed. R. Bankr. P. 7016; Local Rule 9019-2; Code of Conduct for United States Judges, Canon 3(A)(4)(d). As such, the Mediating Judge and all persons assisting the Mediating Judge will have full, unqualified judicial immunity, as well as all other privileges, immunities, and protections of a United States Bankruptcy Judge and judiciary employees, regarding any matters arising from or related to the Mediating Judge's role as mediating judge.

Dated: *March 9, 2026*

  *s/ Katherine A. Constantine*
  Katherine A. Constantine
  United States Bankruptcy Judge