UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

Shane Michael Dunn and Kyra Christina Dunn

     Debtors

25-42271 Case
#25-42271

_____

Shawnee Huie

     Plaintiff

v.

26-04130
Adversary matter

Shane Michael Dunn and Kyra Christina Dunn
     Debtor/defendants

_____

NOTICE OF HEARING AND MOTION
TO WITHDRAW AS ATTORNEY OF RECORD
_____

TO: The Plaintiff and to other entities specified in Local Rule 9013-3.

     1.   Barbara J. May moves the  Court for the relief requested below and gives notice of hearing.

     2.   The court will hold a hearing on this motion at 10:00 AM on April 22, 2026 before Katherine A. Constantine, Courtroom 8 West, 300 South Fourth Street, Minneapolis, MN 55415

     3.   Any responses to this objection shall be filed and delivered no later than  April 14, 2026 which is seven (7)  days before the hearing (excluding Saturdays, Sundays and Holidays). UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

     4.   The court has jurisdiction over this motion pursuant to 28 U.S.C. Sec. 157 and 1334, Fed. R. Bank. P. 5005 and Local Rule 9001 et seq.  This proceeding is a core proceeding.  The petition commencing this case was filed on 7/17/2025.

     5. Barbara J. May, attorney for debtors hereby moves the Court for permission to withdraw as attorney of record for debtors. She has determined that she is unable to represent the debtors.

     6.   Accordingly,  Movant requests permission to withdraw.

     Wherefore, Barbara J. May moves the court for an order that he be allowed to withdraw as attorney of record, and that the court grant such other relief as may be just and equitable.

4/7/2026

/e/ Barbara J May
Barbara J. May
1915 Highway 36W, Sute 173
Roseville,MN 55113
651-486-8887
Attorney ID 129689

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____


Shane Michael Dunn and Kyra Christina Dunn

    Debtors

25-42271 Case
#25-42271

_____


Shawnee Huie,

26-04130
Adversary matter

     Plaintiff

v.

Shane Michael Dunn and Kyra Christina Dunn
    Debtor/defendants

_____


MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW
_____

    Counsel has determined that she is unable to represent the debtors.

.

LEGAL ARGUMENT

    The local rules require an attorney to obtain leave of the court to withdraw as counsel. Local Rule 9010-3(e)(2).  There is also an ethical mandate under Rule 1.6 of the Minnesota Rules of Professional Conduct, which in turn is binding upon attorneys admitted before this court under Rule 83.6(d)(2), Local Rules of the United States District Court of the District of Minnesota.


    Where Movant has requested permission to withdraw and such relief should be granted.

/e/ Barbara J. May

Dated: 4/7/2026

_____
Barbara J. May
1915 W Highway 36, Suite 173.
Roseville, MN  55113
651-486-8887
Attorney ID 129689

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

Shane Michael Dunn and Kyra Christina Dunn

      Debtors

Ch 7
Case 26-42271

_____

Shawnee Huie

      Plaintiff

v.

Adversary 25-04130

Shane Michael Dunn and Kyra Christina Dunn
      Debtor/defendants

_____

### ORDER PERMITTING WITHDRAWAL OF COUNSEL
_____

At Minneapolis, Minnesota this _____ day of _____, 2026.

This matter came on for hearing before the undersigned Judge of the above Court upon Notice of Hearing and Motion of Debtor's Counsel for Leave To Withdraw.

**IT IS HEREBY ORDERED**:

1)     That the aforesaid motion is granted, and Barbara J. May is hereby allowed to withdraw as attorney of record for the debtor in this case.

Dated:

**BY THE COURT:**

_____
Katherine A. Constantine
United States Bankruptcy Judge

Barbara J. May, being duly sworn upon oath and under penalty of perjury, says that on the 7th day of April, 2026,

she served the Debtor's Motion to withdraw upon:.

Shawnee Huie, 6417 Penn Ave. S., Mpls, MN  55423

Shane Michael Dunn and Kyra Christine Dunn, Debtors/Defendants

3405 Skycroft Circle

St Anthony, MN  55418

Patti Sullivan Trustee                                                By electronic notification

US Trustee                                                               By electronic notification

by delivering the same, postage prepaid, to the Roseville, MN  55113 post office.

   /e/ Barbara J. May

Barbara J. May