--------------------------------

|  | Chapter 7 |
|---|---|
| In Rw: | Bankruptcy No. 25-42271-KAC |

Shane Dunn and Kyra Dunn,
          Debtors,

-----------------------------------------------

Shawnee Huie,                                   Adversary. No. 25-04130
          Plaintiff,

vs.

Shane Dunn and Kyra Dunn,
          Defendants.

---

## WITHDRAWAL MOTION TO WITHDRAW AS COUNSEL

---

   Barbara J. May, attorney for Defendants,  withdraws that Motion for Permission to

Withdraw as Counsel filed as document 21 on April 7, 2026.


Dated: April 20, 2026                    /e/ Barbara J. May
                                         Barbara J. May
                                         Attorney at Law
                                         1915 Hwy 36W, Suite 173
                                         Roseville,  MN  55126
                                         ID 129689
                                         651-486-8887

I certify that on 9/20/2022 I caused the Withdrawal of mod plan to be served on

US Trustee
Chapter 13 Trustee
Shawnee Huie


Shane and Kyra Dunn
3405 Skycroft Circle
St Anthony, MN  55418  (also by email)

by electronic notification


Date:4/20/2026                                    /e/ Barbara J May
                                                 Barbara J. May
                                                 1915 Highway 36W
                                                 Suite 103
                                                 Roseville, MN  55113
                                                 129689
                                                 651-486-8887