**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| In re:  SHANE MICHAEL DUNN and KYRA CHRISTINA DUNN<br>Debtor(s) | Case No.: 25–42271<br>Chapter 7 |
| Shawnee Huie<br>Plaintiff | Adv. Proc. No. 25–04130 |
| v. | |
| SHANE MICHAEL DUNN<br>KYRA CHRISTINA DUNN<br>Defendant | |

---

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

U S Court Courtroom 8 West, 300 S 4th St, Minneapolis, MN 55415

on 5/7/26 at 10:00 AM

to consider and act upon the following:

*24* – Motion to compel discovery responses, for sanctions, and to extend discovery deadline filed by Plaintiff Shawnee Huie. (ADK)Modified on 4/22/2026 (LMO).

Dated: 4/22/26

s/ Tricia Pepin
Clerk, United States Bankruptcy Court

By: LMO
Deputy Clerk

**mnbntchrgAP** 03/03/2005 – lm